IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

CRIMINAL NO: 3:17-cr-30007-001            USA v. Gregg Alfred Nicholas

COURT PERSONNEL:                           APPEARANCES:

Magistrate Judge:  Mark E. Ford             Government: Candace Taylor

Clerk: Debbie Maddox                        Defense: James Pierce

Recorder: Debbie Maddox                     Interpreter:

## CHANGE OF PLEA

On this date the defendant appeared in person and with counsel and stated that he/she desired to withdraw the plea of not guilty entered and enter a plea of guilty to Count One of the Indictment

- (X) Parties gave consent for a U S Magistrate Judge to take the guilty plea and waived rights to plead guilty before a U S District Judge
- (X) Defendant sworn and examined about offense
- (X) Inquiry made regarding defendant's age
- (X) Inquiry made regarding defendant's education level and ability to read/write English
- (X) Inquiry made that defendant is not currently on any medication, under the influence of any substance, under doctor's care for mental/emotional problem, and is able to comprehend proceedings
- (X) Inquiry made that defendant is satisfied with counsel
- (X) Court expressed tentative approval of Plea Agreement pending completion of presentence report
- (X) Rights explained
- (X) Defendant entered guilty plea to Count One
- (X) Court finds and recommends the plea is voluntary
- (X) Court finds and recommends that there is factual basis for plea
- (X) Court finds and recommends that plea be accepted and defendant be found guilty as charged
- (X) Court advises a Report and Recommendation will be issued and the U S District Judge will enter an order
- (X) Parties advised of the option to execute a Waiver of Objections form, giving 14 days to make objections to the Report and Recommendation; Waiver of Objections form signed by parties
- (X) Sentencing deferred pending adoption of Report and Recommendation and presentence investigation
- (X) Defendant to remain on present bond

DATE: 10/27/2017                            Proceeding began: 2:02 pm
                                                      ended: 2:28 pm