PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

Arkansas Western

U.S.A. vs. GREGG ALFRED NICHOLAS

Docket No.

3:17CR30007-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Justin Dodd  , pretrial services/probation officer, presenting an official report upon the conduct of defendant  GREGG ALFRED NICHOLAS  ,

who was placed under pretrial release supervision by the  Honorable Mark E. Ford  ,
sitting in the court at  Fort Smith, Arkansas  on the  17th  date of  May  , 2017
under the following conditions:

-$5,000 unsecured bond
-Pretrial supervision
-Shall reside at 369 Madison 3044, Huntsville, Arkansas 72740
-Obtain no passport
-Travel restricted to the Western District of Arkansas, unless given prior approval from the pretrial services officer.
-Refrain from possessing a firearm, destructive device, or other dangerous weapons
-Refrain from excessive use of alcohol
-Refrain from use or unlawful possession of a narcotic drug or other controlled substances unless prescribed by a licensed medical practitioner.
-Submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.
-Participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer
-Refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as condition(s) of release
-Report a soon as possible to the pretrial services office or supervising officer any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop
-Surrender smart phone
-Abide by computer monitoring program and pay for said cost

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The following petition is based on initial verbal reports from the Madison County Sheriff's Office (MCSO), located in Huntsville, Arkansas. Incident reports have been requested and are forthcoming.

On January 30, 2018, the defendant was involved in a shooting involving a neighbor. According to officers with the MCSO, it is alleged that the defendant drove near the neighbors home and fired four (4) rounds into the home. Soon after, the neighbor returned fire striking the defendant and the defendant's vehicle four (4) times. Subsequently, the defendant was airlifted to Mercy hospital in Springfield, Missouri due to injuries sustained during the incident. He is currently listed in stable condition and has an anticipated discharge date of February 1, 2018.

Following the incident, the Madison County Sheriff's Office executed a search warrant at the defendant's residence and located two firearms, and items consistent with impersonating law enforcement officials. The defendant is scheduled to appear for sentencing on February 21, 2018. Given the provided information, it is respectfully recommended that a warrant be issued for the defendant's arrest and a hearing be held to determine if his bond should be revoked.

ORDER OF COURT

Considered and ordered this ___1st___ day of ___FEBRUARY, 2018___ and ordered filed and made a part of the records in the above case.

_P. K. Holmes_

U.S. District Judge/~~Magistrate Judge~~

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   January 31, 2018

U.S. Pretrial Services/Probation Officer

Place   Judge Isaac C. Parker Fed Bldg
30 South Sixth St., Room 1064
Fort Smith, AR 72901

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

FEB 0 1 2018

DOUGLAS F. YOUNG, Clerk
By
        Deputy Clerk