US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

APR 0 4 2018

DOUGLAS F. YOUNG, Clerk
By
　　　Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　Criminal No. 3:17CR30007-001

GREGG ALFRED NICHOLAS

## FINAL ORDER OF FORFEITURE

On October 30, 2017, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc. 23). In the Preliminary Order of Forfeiture, a Ruger, model Blackhawk, .44 caliber revolver, s/n: 5892519; a Ruger, model Blackhawk, .44 caliber revolver, s/n: 5892529; a Magnum Research, model Lone Eagle, .260 Remington caliber pistol, s/n: A01553; and, a Browning, model Buck Mark, .22 caliber pistol, s/n: 655NT16186, were forfeited to the United States pursuant to Title 18 U.S.C. § 924(d) and Title 18 U.S.C. § 3665.

The United States was required to publish notice of this Order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On February 21, 2018, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. Deadline for filing claims was March 10, 2018. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a Defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on October 30, 2017, shall become final at this time.

IT IS SO ORDERED this 4th day of APRIL, 2018.

*P.K. Holmes*
HONORABLE P.K. HOLMES, III
CHIEF UNITED STATES DISTRICT JUDGE